ACCEPTED
03-14-00197-CV
3763229
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 11:24:45 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00197-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 11:24:45 AM
JEFFREY D. KYLE
Clerk

GRAPHIC PACKAGING CORPORATION,
*Appellant,*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellees.*

On Appeal from the 353rd Judicial District Court
Travis County, Texas

## UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME (SEVEN DAYS) TO FILE APPELLEES' BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, move to extend the time to file the appellees' brief by seven days, from the current deadline of January 20, 2015, to a proposed new deadline of January 27, 2015.

## I.

The clerk's record was filed on April 28, 2014, and the reporter's record was filed on June 12, 2014, setting the initial deadline for the appellant's brief on July 14, 2014. The Court granted appellant's three unopposed motions to extend that deadline by a cumulative total of 74 days. Appellant timely filed its brief on September 26, 2014.

## II.

The initial deadline for appellees' brief was October 27, 2014. The Court granted appellees' three unopposed motions to extend that deadline by a cumulative total of 85 days, to the current deadline of January 20, 2015.

## III.

Appellees now request a final, seven-day extension of the time to file their brief, which would create a new deadline of January 27, 2015. Appellees will not request any further extensions for this brief.

## IV.

This extension is necessary because appellees' lead counsel has been ill with a viral infection for the last several days, hindering his ability to complete the brief. That hindrance is especially problematic at this time because both appellees recently have changed administrations, and therefore will require

more time to review the draft brief. This extension is not sought for delay, and no party will be prejudiced if it is granted.

## V.

Appellant does not oppose this extension motion.

## PRAYER

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, respectfully request that the Court grant this motion and extend the deadline for filing appellees' brief to January 27, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney
  General

JAMES E. DAVIS
Deputy Attorney General for
  Civil Litigation

SCOTT A. KELLER
Solicitor General

/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

CYNTHIA A. MORALES
Assistant Attorney General
State Bar No. 14417420

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

*Counsel for Appellees*

**CERTIFICATE OF CONFERENCE**

I conferred with Amanda G. Taylor, counsel for appellant, regarding the foregoing motion, and she advised that her client does not oppose the motion.

/s/ Rance Craft
Rance Craft

**CERTIFICATE OF SERVICE**

On January 14, 2015, this **Unopposed Fourth Motion for Extension of Time (Seven Days) to File Appellees' Brief** was served by File & Serve Xpress on:

James F. Martens
   jmartens@textaxlaw.com
Amanda G. Taylor
   ataylor@textaxlaw.com
Lacy L. Leonard
   lleonard@textaxlaw.com
Danielle Ahlrich
   dahlrich@textaxlaw.com
MARTENS, TODD, LEONARD &
   TAYLOR
301 Congress Avenue, Suite 1950
Austin, Texas 78701

*Counsel for Appellant*

Amy L. Silverstein
   asilverstein@sptaxlaw.com
SILVERSTEIN & POMERANTZ LLP
12 Gough Street, Second Floor
San Francisco, California 94103

*Counsel for Appellant*

/s/ Rance Craft
Rance Craft